IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT K. SINGH,            )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>UNITED OF OMAHA LIFE INSURANCE )<br>COMPANY; THE PSYCHIATRIC     )<br>SOLUTIONS, INC LONG TERM     )<br>DISABILITY PLAN, an employee )<br>welfare benefit plan,        )<br>                             )<br>          Defendants.        )<br>_____) | 2:11-cv-0497-GEB-GGH<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(M) NOTICE |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on October 17, 2011 is continued to February 27, 2012, commencing at 9:00 a.m., since the Joint Status Report filed October 3, 2011 fails to clearly state whether, or in what manner, Plaintiff will prosecute this action against Defendant the Psychiatric Solutions, Inc Long Term Disability Plan. A further joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that if Defendant the Psychiatric Solutions, Inc Long Term Disability Plan is not served with process within the 120

1

day period prescribed in that Rule, this Defendant may be dismissed from this action. To avoid dismissal, Plaintiff shall file proof of service or explain in a filing "good cause for the failure" to serve within Rule 4(m)'s prescribed period no later than 4:00 p.m. on January 27, 2012. In addition, if Plaintiff has not prosecuted this action against this Defendant as contemplated by applicable rules, Plaintiff shall explain in the joint status report due February 13, 2012, why this Defendant should not be dismissed because of Plaintiff's failure to prosecute its claims against this Defendant.

IT IS SO ORDERED.

Dated:   October 6, 2011

GARLAND E. BURRELL, JR.
United States District Judge