J. Russell Stedman (117130),
rstedman@bargerwolen.com
Tino X. Do (221346),
tdo@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT K. SINGH, | CASE NO.: 2:11-cv-00497-GEB-GGH |
| Plaintiff, | **STIPULATION REGARDING PARTICIPATION OF DEFENDANT THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, and THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN, an employee welfare benefit plan, | First Amended Complaint Filed: September 27, 2011 |
| Defendants. | |

The parties to this action, through their respective counsel, stipulate and agree as follows:

1. The Employee Retirement Income Security Act of 1974 ("ERISA"), and specifically 29 U.S.C. § 1132(d)(1), provides that an employee benefit plan is an entity that may sue or be sued in an action brought pursuant to ERISA.

2. 29 U.S.C. § 1132(d)(2) also provides that any money judgment against an employee benefit plan shall be enforced only against the Plan as an entity.

3. Plaintiff, Manjit K. Singh, has filed suit against defendant United of Omaha Life Insurance Company ("United of Omaha") and defendant the Psychiatric Solutions, Inc. Long Term

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION REGARDING PARTICIPATION OF DEFENDANT THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN
CASE NO. 2:11-cv-00497-GEB -GGH

1  Disability Plan (the "Plan") seeking to recover long term disability benefits under the Plan.

2      4.    The Plan is fully insured by United of Omaha under United of Omaha Group Disability Policy (Policy Number GUPR AA8W) with respect to long term disability benefits. United of Omaha acted as claims administrator for long term disability benefit claims submitted by participants in the Plan, including Plaintiff's claim.

    5.    If, at the conclusion of this lawsuit, it is determined that Plaintiff is entitled to long term disability benefits under the Plan, any benefit to which she is entitled to will be paid under the United of Omaha policy (subject to its terms and conditions), and any such benefits will not be paid by the Plan.

    6.    Although the Plan is required to be named as a party to this action, due to United of Omaha's policy and administration of the claims decision at issue, the Plan is a nominal party and should not be required to actively participate in this suit.

    7.    IT IS THEREFORE AGREED AND STIPULATED: (a) that United of Omaha and not the Plan will pay for any judgment rendered by the court in favor of the Plaintiff on claims asserted in the First Amended Complaint filed on September 27, 2011; and (b) that the Plan need not be served, file an appearance in this action, or actively participate in this action in any way, including without limitation complying with initial disclosure or case management requirements.

//
//
//
//
//
//
//
//
//
//
//

-2-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION REGARDING PARTICIPATION OF DEFENDANT THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN
CASE NO. 2:11-cv-00497-GEB -GGH

Dated: November 10, 2011   BARGER & WOLEN LLP

By: /s/ J. Russell Stedman
J. RUSSELL STEDMAN
TINO X. DO
Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

Dated: November 10, 2011   GUENARD & BOZARTH

By: /s/ Ross Bozarth
ROSS BOZARTH
Attorneys for Plaintiff
MANJIT SINGH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Date: 11/28/2011**

GARLAND E. BURRELL, JR.
United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION REGARDING PARTICIPATION OF DEFENDANT THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN
CASE NO. 2:11-cv-00497-GEB -GGH