J. Russell Stedman (117130),
rstedman@bargerwolen.com
Tino X. Do (221346),
tdo@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJIT K. SINGH, | CASE NO.: 2:11-cv-00497-GEB-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, and THE PSYCHIATRIC SOLUTIONS, INC. LONG TERM DISABILITY PLAN, an employee welfare benefit plan, | First Amended Complaint Filed: September 27, 2011 |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION REGARDING PARTICIPATION IN VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
CASE NO. 2:11-cv-00497-GEB -GGH

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  November 22, 2011        BARGER & WOLEN LLP


By:  /s/ J. Russell Stedman
     J. RUSSELL STEDMAN
     TINO X. DO
     Attorneys for Defendant
     UNITED OF OMAHA LIFE
     INSURANCE COMPANY


Dated:  November 22, 2011        GUENARD & BOZARTH


By:  /s/ Ross Bozarth
     ROSS BOZARTH
     Attorneys for Plaintiff
     MANJIT SINGH

**IT IS SO ORDERED.**

11/28/11

GARLAND E. BURRELL, JR.
United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION REGARDING PARTICIPATION IN VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
CASE NO. 2:11-cv-00497-GEB -GGH